IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lloyd, Darryl

Printed: 11/13/07

Case Number: 07 B 06524
Judge: Hollis, Pamela S
Filed: 4/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,510.00 | 0.00 |
| 2. | Aaron Sales & Lease Ow | Secured | 0.00 | 0.00 |
| 3. | Aaron Sales & Lease Ow | Secured | 0.00 | 0.00 |
| 4. | Aaron Sales & Lease Ow | Secured | 0.00 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 45.83 | 0.00 |
| 6. | Capital One | Unsecured | 45.72 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 57.11 | 0.00 |
| 9. | Genesis Financial Services Corp | Unsecured | 67.06 | 0.00 |
| 10. | Areawide Cell | Unsecured | 86.02 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 118.53 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 13. | Merrick Bank | Unsecured | 105.12 | 0.00 |
| 14. | Internal Revenue Service | Priority |  | No Claim Filed |
| 15. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
| 17. | CarMax Auto Finance | Unsecured |  | No Claim Filed |
| 18. | Cbe Group | Unsecured |  | No Claim Filed |
| 19. | Credit One | Unsecured |  | No Claim Filed |
| 20. | Citibank | Unsecured |  | No Claim Filed |
| 21. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 23. | CG Services Limited Partnership | Unsecured |  | No Claim Filed |
| 24. | Robert J Adams & Associates | Unsecured |  | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Lloyd, Darryl | Case Number: 07 B 06524 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 11/13/07 | Filed: 4/11/07 |

| | | | |
|---|---|---|---|
| 26. ER Solutions | Unsecured | | No Claim Filed |
| 27. LaSalle Bank NA | Unsecured | | No Claim Filed |
| 28. HSBC Bank USA | Unsecured | | No Claim Filed |
| 29. United Recovery Services | Unsecured | | No Claim Filed |
| 30. Payday Loan | Unsecured | | No Claim Filed |
| 31. Memorial Park District Dept Of Poli | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 3,035.39 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ (signature)